**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMERICAN TUGS, INC.,

                Plaintiff,                      16 **CIVIL** 3462 (LTS)

      -against-                              **JUDGMENT**

3HD SUPPLY, LLC, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 27, 2020, Defendants' motion to vacate the Order of Default pursuant to Federal Rule of Civil Procedure 60(b)(4) is granted as against all defendants, and the complaint is dismissed as against all defendants for lack of personal jurisdiction.

**Dated:**  New York, New York
          May 27, 2020

                                            **RUBY J. KRAJICK**
                                           _____
                                            **Clerk of Court**
                      **BY:**
                                            _____
                                              **Deputy Clerk**